1   EVA YANG (SBN 306215)
    **NORTON ROSE FULBRIGHT US LLP**
2   555 South Flower Street, Forty-First Floor
    Los Angeles, California 90071
3   Telephone: (213) 892-9200
    Facsimile: (213) 892-9494
4   eva.yang@nortonrosefulbright.com

5   JASON K. FAGELMAN (*Pro Hac Vice to be filed*)
    **NORTON ROSE FULBRIGHT US LLP**
6   2200 Ross Avenue, Suite 3600
    Dallas, Texas 75201
7   Telephone: (214) 855-8000
    Facsimile: (214) 855-8200
8   jason.fagelman@nortonrosefulbright.com

9   JOE HUGHES (*Pro Hac Vice to be filed*)
    **NORTON ROSE FULBRIGHT US LLP**
10  1301 Avenue Of The Americas
    New York, New York 10019
11  Telephone: (212) 318-3000
    Facsimile: (212) 408-5100
12  joe.hughes@nortonrosefulbright.com

13  Attorneys for Defendant
    F21 OPCO, LLC
14

15

16                  IN THE UNITED STATES DISTRICT COURT

17              FOR THE CENTRAL DISTRICT OF CALIFORNIA

18  CHYNA TAYLOR, Individually and on      Case No.  2:23-cv-08651
    behalf of all others similarly situated,
19                                          **NOTICE OF RELATED CASES**
         Plaintiff,                         **LR. 83-13**
20
         vs.
21
    FOREVER 21, INC.,
22
         Defendant.
23

24

25

26

27

28

**TO THE HONORABLE COURT, PLAINTIFF, AND HER COUNSEL
OF RECORD:**

PLEASE TAKE NOTICE that pursuant to L.R. 83-1.3.1 erroneously sued Defendant FOREVER 21, INC.[1] ("Forever 21") hereby files this Notice of Related Cases ("Notice"), setting forth the other actions currently pending in the Central District of California that (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges in this district.

As of the date of this Notice, Forever 21 is aware of six other cases that have been related in the Central District of California, Western Division, all before Judge Maame Ewusi-Mensah Frimpong, collectively referred to here as the "Related Cases."  The Related Cases are as follows:

| No. | Case Caption |
|-----|--------------|
| 1 | Qudsiyyah Ishaq v. F21 OpCO LLC, Case No. 2:23-cv-07390 (C.D. Cal. Sep 06, 2023) |
| 2 | Brittnay Moll v. F21 OPCO LLC et al, Case No. 2:23-cv-07418 (C.D. Cal. Sep 07, 2023) |
| 3 | Kyra Robinson v. F21 OPCO LLC, Case No. 2:23-cv-07398 (C.D. Cal. Sep 07, 2023) |
| 4 | Erin Scott v. F21 OpCo LLC, Case No. 2:23-cv-07596 (C.D. Cal. Sep 13, 2023) |
| 5 | Akhiria Muldrow v. F21 OPCO LLC, Case No. 2:23-cv-07794 (C.D. Cal. Sep 18, 2023) |
| 6 | Victoria Rosas v. F21 OPCO LLC dba Forever 21, Case No. 2:23-cv-07804 (C.D. Cal. Sep 19, 2023) |

_____

[1] The correct entity name should be  F21 OpCo LLC.

Pursuant to Local Rule 83-1.3, Forever 21 believes this matter should also be related to the above-listed cases because they: (a) arise from a closely related event or conduct, specifically an alleged data security incident involving Forever 21 on or around March 20, 2023, *see* Complaint ("Compl.") ¶ 2 (ECF. No. 1); (b) call for the determination of substantially the same factual and legal issues affecting almost identical putative classes —broadly, Forever 21's alleged liability for any alleged harms pursuant to the alleged data incident; and (c) would entail substantial duplication of labor if heard by different judges.[2]

Additionally, on October 2, 2023, the parties in the Related Cases filed a stipulation to consolidate the Related Cases pursuant to Federal Rule of Civil Procedure Rule 42 in the first-filed case *Qudsiyyah Ishaq v. F21 OpCO LLC*, Case No. 2:23-cv-07390. (*See Qudsiyyah Ishaq v. F21 OpCO LLC* ("*Ishaq*"), Case No. 2:23-cv-07390, ECF No. 15). The parties jointly stated that: [T]he complaints in the Related Cases contain similar factual allegations and legal theories. The Related Cases assert multiple common causes of action against the common Defendant relating to the same data incident and seek the same relief. The Related Cases also seek certification of overlapping class definitions and allege that putative class members suffered harm as a result of Defendant's alleged failure to properly secure and protect Plaintiffs' and putative class members' personally identifiable information ('PII')." (*Id.*) The parties further stipulated that, "Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar alleged operative facts as the Consolidated Action, shall be related to and consolidated with the Consolidated Action. The Parties shall file a 'Notice of

---

[2] Forever 21 disputes all allegations, claims and requested relief contained in this matter (*Taylor v. Forever 21*), and each of Plaintiffs' separate complaints filed in the Related Cases.

DOCUMENT PREPARED
ON RECYCLED PAPER

1  Related Action' whenever a case that should be consolidated with the Consolidated

2  Action is filed in, transferred to, or removed to this District." (*Id.*)

3       For the foregoing reasons, Forever 21 respectfully requests that this case be

4  deemed related with the six other Related Cases under Local Rule 83-1.3.

5

  Dated: December 6, 2023        JASON K. FAGELMAN

6                       EVA YANG
                     JOE HUGHES

7                       **NORTON ROSE FULBRIGHT US LLP**

8

9                       By   */s/ Eva Yang*
                          EVA YANG

10                         Attorneys for Defendant erroneously
                        sued as FOREVER 21, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28