JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| QUDSIYYAH ISHAQ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>F21 OPCO LLC dba FOREVER 21,<br><br>Defendant. | Case No: 2:23-cv-08651-MEMF-AGR<br>Related to: 2:23-cv-07390-MEMF-AGR<br><br>**ORDER GRANTING STIPULATION TO CONSOLIDATE RELATED CASES AND SET DEADLINES** |
| KYRA ROBINSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>F21 OPCO LLC d/b/a FOREVER 21,<br><br>Defendant. | Case No. 2:23-CV-07398-MEMF-AGR |
| BRITTNAY MOLL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>F21 OPCO LLC D/B/A FOREVER 21; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-07418-MEMF-AGR |

| | |
|---|---|
| ERIN SCOTT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>F21 OPCO LLC D/B/A FOREVER 21,<br><br>    Defendant. | Case No. 2:23-cv-07596-MEMF-AGR |
| AKHIRIA MULDROW, individually, and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>F21 OPCO LLC D/B/A FOREVER 21,<br><br>    Defendant. | Case No. 2:23-cv-07794-MEMF-AGR |
| VICTORIA ROSAS, individually, and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>F21 OPCO LLC D/B/A FOREVER 21,<br><br>    Defendant. | Case No. 2:23-cv-07804-MEMF-AGR |
| VICTORIA ROSAS, individually, and on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs. | |

1  F21 OPCO LLC D/B/A FOREVER 21,
2  erroneously sued as Forever 21, Inc.,
3  　　　　　　Defendant.

Before the Court is an unopposed Request to Consolidate Cases. ECF No. 28. Defendant F21 OpCo LLC requests that *Chyna Taylor v. Forever 21, Inc.*, Case No. 23-cv-08651, be consolidated with this action. The Request is GRANTED. *Chyna Taylor v. Forever 21, Inc.*, Case No. 23-cv-08651, shall be consolidated with this action (Case No. 2:23-cv-07390-MEMF-AGR) pursuant to Fed. R. Civ. P. 42(a).

**IT IS SO ORDERED.**

Dated: April 3, 2024

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge